22-2009  Paul Hansmeier v. HRP Woodbury II, LLC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/21/2022

**Case Name:** Paul Hansmeier v. HRP Woodbury II, LLC, et al
**Case Number:** 22-2009

**Docket Text:**
MOTION for leave to proceed on appeal in forma pauperis, filed by Appellant Paul R. Hansmeier w/service 07/19/2022. [5179690] [22-2009]

**The following document(s) are associated with this transaction:**
Document Description: Motion for IFP
Document Description: env.

**Notice will be mailed to:**

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

**Notice will be electronically mailed to:**

Mr. Michael C. McCarthy: mike.mccarthy@maslon.com, tiffany.gau@maslon.com
Ms. Kristen Elise Rau: kristen.rau@usdoj.gov, catherine.merle@usdoj.gov
Mr. Andrew R. Shedlock: Andrew.Shedlock@kutakrock.com, mary.flahavan@kutakrock.com