# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 18, 2022

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

      RE:  22-2009  Paul Hansmeier v. HRP Woodbury II, LLC, et al

Dear Mr. Hansmeier:

      Enclosed is a copy of the dispositive order entered today in the referenced case.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                          Michael E. Gans
                                          Clerk of Court

NDG

Enclosure(s)

cc:    Ms. Kate M. Fogarty
        Mr. Michael C. McCarthy
        Ms. Kristen Elise Rau
        Mr. Andrew R. Shedlock

      District Court/Agency Case Number(s):  0:22-cv-00820-ECT