IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
No. 22-2009

Paul R. Hansmeier,
Appellant,

v.

HRP Woodbury II, LLC, et al.,
Appellees.

---

## MOTION FOR PANEL REHEARING

---

October 25, 2022

Paul R. Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

The Court's summary affirmance of the district court's judgment is in direct conflict with the rule stated in Hughes v. City of Cedar Rapids, 840 F.3d 987 (8th Cir. 2016): "If a case is removed from state court, those claims lacking Article III standing shall be remanded." Id. at 993.

In the case below, Hansmeier brought claims against the Attorney General and HRP Woodbury II, LLC and Store Master Funding VII, LLC (the "Public Accommodation Defendants"). These claims were brought in Hennepin County District Court, and removed to federal district court. The district court dismissed Hansmeier's claims against all of the defendants without prejudice; the Court's dismissal of Hansmeier's claims against the Public Accommodation was for lack of Article III standing. DCD 10 at 2 ("[T]he complaint includes no allegations plausibly suggesting that Hansmeier has Article III standing for legal violations that could not have injured him.").

Under this Court's precedent, the Court is bound to order the district court to remand Hansmeier's claims against the Public Accommodation defendants to Hennepin County District Court. The Court should grant this motion and so order.

Respectfully submitted,

/s/ Paul Hansmeier

October 25, 2022

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

COMMITTED NAME: Paul Hansmeir
REG. NO. & QTRS.: 20953-041 Unit F
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
26 OCT 2022 PM 1 L



RECEIVED
OCT 3 1 2022
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

◇20953-041◇
Court Of Appeals
316 Robert ST N
Suite 500
Saint PAUL, MN 55101
United States

55107-162113

Appellate Case: 22-2009    Page: 4    Date Filed: 10/31/2022 Entry ID: 5213215