No: 22-2009

Paul R. Hansmeier

Appellant

v.

HRP Woodbury II, LLC, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00820-ECT)

___

**ORDER**

The petition for rehearing by the panel is denied.

November 21, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans