# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2009

Paul R. Hansmeier

Appellant

v.

HRP Woodbury II, LLC, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00820-ECT)

---

**MANDATE**

In accordance with the judgment of October 18, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 28, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit